UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 17-4337   Caption: United States of America v. Brian Joshua Davis

  Appellant
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    **Volume II of the Joint Appendix**

2. Is sealing of document(s) necessary?

    [ ] No
    [**X**] Yes, to protect material sealed by district court/agency
    [ ] Yes, to protect personal data identifiers

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

    **The United States District Court for the Western District of North Carolina at Charlotte Typically Files Presentence Investigation Reports and Supporting Documents Under Seal**

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

    **Confidential and Personal Materials are filed under seal.**

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix:

    [**X**] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted:

    [ ] Yes

 July 18, 2017                                                            /s/ Simon Massie
(date)                                                                    *Counsel for Appellant*